P.O. BOX 12308, CAPITAL STATION - AUSTIN, TEXAS 78711, CLERK
COURT OF CRIMINAL APPEALS

PD-0489-15

DEAR CLERK:

ENCLOSED PLEASE FIND MY _PRO SE_ DEFENDANTS MOTION TO SUSPEND RULE 9.3(b) T.R.A.P. PETITION FOR DISCRETIONARY REVIEW. I AM AN INDIGENT OFFENDER IN T.D.C.J. PLEASE FILE THIS MOTION AND BRING IT TO THE ATTENTION OF THE COURT.

PLEASE DATE-STAMP THIS LETTER AND RETURN IT TO ME AT MY ADDRESS SHOWN BELOW.

I ALSO REQUEST THAT YOU NOTIFY ME OF THE COURTS RULING ON MY MOTION.

SINCERLY,

BOBBY DEWAYNE EVANS
DEFENDANT, PRO SE
STILES UNIT
3060 F.M. ROAD 3514
BEAUMONT, TEXAS 77705
T.D.C.J. #05669758

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

(1)